■ In the Matter of HELEN WILLSEA, Petitioner, v JOHN J. MAFFUCCI et al., Respondents.—Proceeding pursuant to CPLR article 78 to review a determination of the Commissioner of the Westchester County Department of Correction, dated March 20, 1985, which, after a hearing, found the petitioner guilty of misconduct, and dismissed her from her position as a correction officer.

Adjudged that the determination is confirmed and the proceeding is dismissed on the merits, with costs.

The determination in question is supported by substantial evidence and the penalty imposed is not so disproportionate to the offenses of which the petitioner was found guilty as to be shocking to the conscience *(see, Matter of Pell v Board of Educ.,* 34 NY2d 222). Mollen, P. J., Bracken, Brown and Sullivan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES ADAMS, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Giaccio, J.), rendered March 10, 1983, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Mollen, P. J., Bracken, Lawrence and Kooper, JJ., concur.